Kevin J. Leichter, Esq. (SBN 154143)
Steven J. Aaronoff, Esq. (SBN 158921)
THE LEICHTER FIRM, APC
10203 Santa Monica Boulevard
Fourth Floor
Los Angeles, California 90067
Tel: 310.229.0000
Email: kleichter@theleichterfirm.com
Email: saaronoff@theleichterfirm.com

Attorneys for Defendants/Third Party Plaintiffs
Echo Bridge Acquisition Corp., LLC,
Steven Paul, and SP Releasing, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEST AID, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN PAUL, an individual, ECHO BRIDGE ACQUISITION CORP., LLC, a Delaware limited liability company, and SP RELEASING, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:21-cv-04154-SSS-KSx<br><br>Hon. Sunshine S. Sykes<br>Courtroom 2<br>3470 Twelfth St., Riverside, CA 92501<br><br>**DEFENDANTS' REQUEST FOR REMOTE PARTICIPATION AT SETTLEMENT CONFERENCE BY DEFENDANT STEVEN PAUL**<br><br>Date: February 13, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 580, 5th Floor<br>Royal Federal Building and Courthouse<br>255 East Temple Street<br>Los Angeles, California 90012<br>[The Honorable Karen L. Stevenson]<br><br>Complaint Filed: May 19, 2021<br>Third Party Complaint<br>Filed:               July 29, 2021<br><br>Final Pretrial<br>Conference:     March 1, 2024<br><br>Trial Date:       March 18, 2024 |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants/third party plaintiffs Echo Bridge Acquisition Corp., LLC ("EBAC"), Steven Paul, and SP Releasing, LLC (collectively, "Defendants") respectfully request that Defendant Steven Paul ("Mr. Paul") be permitted to participate remotely as needed in the settlement conference scheduled before the Court for February 13, 2024. The reason for this request is simple; on the date of the settlement conference, Mr. Paul will be in Bulgaria producing a motion picture, per scheduling plans that were finalized some months ago.

However, lead trial counsel for Defendants, Kevin J. Leichter, will be present before the Court at the settlement conference, along with Steven Aaronoff, and a client representative with knowledge of certain of the underlying facts, Matthew Otto, will be present for Defendants in the courtroom as well. Notwithstanding the time difference between Los Angeles and Bulgaria, Mr. Paul will be available by telephone if needed.

Dated: February 7, 2024              THE LEICHTER FIRM,
                                     A Professional Corporation


                                     By: _/s/ Kevin J. Leichter_____
                                         Kevin J. Leichter, Esq.
                                         Steven J. Aaronoff, Esq.
                                         Attorneys for Defendants/Third
                                         Party Plaintiffs Echo Bridge
                                         Acquisition Corp. LLC, Steven
                                         Paul, and SP Releasing, LL

THE LEICHTER FIRM
A PROFESSIONAL CORPORATION

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10203 Santa Monica Boulevard, 4th Floor, Los Angeles, CA 90067.

On February 7, 2024, I served the foregoing document(s) described as **DEFENDANTS' REQUEST FOR REMOTE PARTICIPATION AT SETTLEMENT CONFERENCE BY DEFENDANT STEVEN PAUL** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following addresses:
**See Attached Service List**.

☐   **(BY MAIL)** I deposited the foregoing document(s) in a sealed envelope for collection by the United States Postal Service this same day in the ordinary course of business.  Service made pursuant to this paragraph0, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐   **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☒   **(BY ELECTRONIC SERVICE)** I am submitting the document(s) identified above for filing which caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐   **(BY OVERNIGHT DELIVERY)** I served the foregoing document by Fed Ex, an express service carrier which provides overnight delivery, as follows:  I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on February 7, 2022, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Steven J. Aaronoff*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STEVEN J. AARONOFF

**SERVICE LIST**

Addressee(s)

                                                               Attorneys for Plaintiff Harvest Aid, LLC

Stephen M. Doniger, Esq.
Trevor W. Barrett, Esq.
DONIGER/BURROUGHS LAW FIRM
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Email:  stephen@donigerlawfirm.com
Email:  tbarrett@donigerlawfirm.com

                                                               Attorneys for Wax Works, Inc.

S. Michael Kernan
R. Paul Katrinak
THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
Telephone: (310) 490-9777
Email: mkernan@kernanlaw.net
Email: pkatrinak@kernanlaw.net