UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 21-4154-SSS (KSx)                                    Date: February 7, 2024

Title     *Harvest Aid, LLC v. Steven Paul et al*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):           Attorneys Present for Defendant(s):

**Proceedings: (IN CHAMBERS) ORDER RE: DEFENDANTS' REQUEST FOR REMOTE PARTICIPATION AT SETTLEMENT CONFERENCE BY STEVEN PAUL [Dkt No. 139]**

    The Court is in receipt of Defendant Steven Paul's request to participate remotely for the Settlement Conference scheduled Tuesday, February 13, 2024, at 1:30 p.m. due to a scheduling conflict involving an international film project.  The request is DENIED.

    Mr. Paul is a named party in this action.  The Settlement Conference has been twice re-scheduled. When the February 13, 2024 date was presented to the Court as acceptable to **all** parties, no mention was made that Mr. Paul would be unavailable to attend on that date.

    All parties are to appear IN-PERSON for the Settlement Conference.

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |