Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff Harvest Aid, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEST AID, LLC, a California limited liability company, | Case No. 2:21-cv-4154-SSS-KS <br> *Hon. Sunshine S. Sykes Presiding* |
| Plaintiff, | **JOINT WITNESS LIST** |
| v. | Trial Date: June 17, 2024 |
| STEVEN PAUL, an individual, ECHO BRIDGE ACQUISITIONS CORP. LLC, a Delaware limited liability company, and SP RELEASING, LLC a California limited liability company, | |
| Defendants. | |

/ / /

Plaintiff Harvest Aid, LLC and Defendants and Third-Party Plaintiffs Steven Paul, Echo Bridge Acquisition Corp., SP Releasing, and Third-Party Defendant, Wax Works, Inc. hereby submit their joint witness list pursuant to Local Rule 16-5:

| Witnesses Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique [Listed for parties calling witnesses on direct] | Plaintiff Time (Hours) | Defense Time for (Hours) | WW Time (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| Jurgen Peretzki<br><br>Member of Harvest Aid | Plaintiff: Mr. Peretzki will testify re the creation and production of the film I Believe (the "Subject Film") and its registration with the U.S. Copyright Office. His testimony is unique in that no other witness will testify to the same thing.<br><br>Defendant: Mr. Peretzki will be asked about licensing of rights to the Subject Film | 2.0 | 1.0 | 0.2 | Day 1 |
| Stacey Peretzki<br><br>Member of Harvest Aid | Plaintiff: Ms. Peretzki will testify re Harvest Aid's distribution agreement with Wax Works and Harvest Aid's performance under the agreement. Ms. Peretzki will further testify to the shipment of authentic DVDs to Echo Bridge by Harvest Aid and authenticate the purchase orders for said shipments; accountings from Wax Works and Echo Bridge; communications with non-party Jeff Jackson | 2.0 | 1.0 | 0.2 | Day 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | concerning the counterfeit DVDs of the Picture; communications with the non-party ADS Group concerning the counterfeit DVDs of the Picture; communications with Wax Works concerning non-payment for sales of the Subject Film; that the DVDs returned by Jeff Jackson were counterfeit; payments from Wax Works for distribution of the Subject Film; and, Plaintiff's damages. | | | | |
| | Steven Paul<br><br>Defendant and CEO of Echo Bridge and SP Releasing | Plaintiff: Mr. Paul's testimony is unique because he will testify as to the sub-distribution agreement between Echo Bridge and Wax Works; Echo Bridge's agreement with non-party Anderson Merchandisers, LLC; Echo Bridge's receipt of DVDs from ADS Group and Harvest Aid; Echo Bridge's agreement with Walmart for the distribution of the Subject Film through Walmart; payments from Walmart for sales of the Subject Films; payments from Echo Bridge to Wax Works for sales of the Subject Films.<br><br>Defendants: Mr. Paul will testify to the acquisition of distribution rights in pictures and the method and manner of intended exploitation of those rights, | 3.0 | 3.0 | 1.0 | Day 2/Day 4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | including the relationship with WalMart, the replication of titles for Echo Bridge, and the methods of accounting of gross sales and net sales. | | | | |
| | Jeffrey Jackson<br><br>Representative of Jax Distribution | *Videotaped Deposition*<br><br>Plaintiff: Mr. Jackson's testimony is unique because he will testify regarding, his purchase of DVDs of the Subject Film from Echo Bridge; his sale of those DVDs to Christian Book and other distributors; communications with Plaintiff and its counsel; and the authentication of documents he and Unishippers produced concerning the purchased of DVDs of the picture. | 2.0 | (1.0) | (0.2) | Day 2 |
| | Greg Schoener<br><br>2155 Niagara Lane North, Plymouth, MN 55447<br>(763) 449-5500 | Mr. Schoener is the Vice President of Technology & Quality at ADS Group. His testimony is unique because he will testify as to ADS Group's manufacture of DVDs of the Subject Films; the copyright protections systems in place on authentic DVDs of the Subject Film; the program used to circumvent the ADS Group's copyright protections; and how he was able to discern that the DVDs were counterfeit. | 3.0 | 1.0 | 0.5 | Day 2/3 |
| | Terry Woodward | Plaintiff: Mr. Woodward is the | 2.0 | 1.0 | 2.0 | Day 2/3 |

| | | | | | |
|---|---|---|---|---|---|
| Representative of Wax Works | President of Wax Works. He executed the distribution agreement with Harvest Aid for the Subject Film and the sub-distribution agreement with Echo Bridge. Mr. Woodward will further testify to the accountings from Wax Works and Echo Bridge for sales of the Subject Film; and Echo Bridge's non-payment for distribution of the Subject Film.<br><br>Wax Works: Mr. Woodward is the President of Wax Works. He will testify regarding the agreements with Harvest Aid and Echo Bridge. Mr. Woodward will testify regarding repeated demands for payment from Echo Bridge and the accountings from Echo Bridge. Mr. Woodward will testify about payments received from Echo Bridge. Mr. Woodward will testify about the fact that no DVDs that were shipped to Echo Bridge were manufactured by Wax Works. Mr. Woodward will testify about the monies due to Wax Works from Echo Bridge. | | | | (Day 5) |
| Marion Thompson (PMK Walmart, Inc.) | *Deposition Transcript*<br><br>Plaintiff: Ms. Thompson's testimony is unique | 2.0 | (2.0) | (0.2) | Day 3 |

| | | | | | |
|---|---|---|---|---|---|
| 702 SW 8th Street, Bentonville, Arkansas, 72716<br>1 800 9256278 | because she will testify as to the shipment and delivery of DVDs of the Subject Film from Echo Bridge, Anderson Merchandisers' merchandise services for the Subject Film in stores, and returns of DVDs of the Subject Films to Echo Bridge. She will further testify as to the returns process and how all DVDs of the Subject Film were returned to Echo Bridge. | | | | |
| Scott Karol<br><br>Representative of Echo Bridge and SP Releasing | Defendants: Mr. Karol will testify to the rights acquisition process for SP Releasing and the distribution model for pictures released through Echo Bridge. | 1.0 | 1.0 | 0.5 | Day 4 |
| Brian Lusk<br><br>Representative of SP Releasing | Defendants: Mr. Lusk will testify regarding the handling of DVD's of the Subject Film and communications with others and accountings therefor. | 1.0 | 0.5 | 0.5 | Day 4 |
| Teresa Walters | Defendants: Ms. Walters will testify re her communications with Plaintiff and Waxworks. | 0.5 | 0.5 | 0.5 | Day 4 |
| Matt Otto<br><br>Representative of EchoBridge and SP Releasing | Defendants: Mr. Otto will testify regarding the operation of the Wisconsin facility and its closure. | 1.0 | 1.0 | 0.2 | Day 4 |
| Mary Reagan | Defendants: Ms. Reagan will testify regarding accountings for the Subject Film. | 1.0 | 0.5 | 0.2 | Day 4 |
| Andrew Forman | Defendants: Mr. Forman will testify | 1.0 | 1.0 | 0.2 | Day 4 |

| | | | | | |
|---|---|---|---|---|---|
| Representative of Video Now | regarding replication of DVD's. | | | | |
| Marshall Forster<br><br>Retained Expert | Defendants: Mr. Forster will testify regarding his inspection of the DVD's produced by Plaintiff | 1.0 | 1.0 | 0.5 | Day 4/5 |

Dated: June 11, 2024

By: /s/ Stephen M. Doniger
Stephen M. Doniger, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff
HARVEST AID, LLC

Dated: June 11, 2024

By: /s/ Kevin J. Leichter
Kevin J. Leichter, Esq.
Steven J. Aaronoff, Esq.
THE LEICHTER FIRM,
A Professional Corporation
Attorneys for Defendants
ECHO BRIDGE ACQUISITION CORP. LLC,
STEVEN PAUL, and SP RELEASING, LLC

Dated: June 11, 2024

By: R. Paul Katrinak
S. Michael Kernan
R. Paul Katrinak
THE KERNAN LAW FIRM
Attorneys for Third-Party Defendant
WAX WORKS, INC.

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.