JS-6

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEST AID, LLC, A California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN PAUL, an individual, ECHO BRIDGE ACQUISITION CORP., LLC, a Delaware limited liability company, and SP RELEASING, LLC, a California limited liability company, <br><br> Defendants. <br> ------------------------------------------------- <br> SP RELEASING, LLC, a California limited liability company, ECHO BRIDGE ACQUISITION CORP., LLC, a Delaware limited liability company, STEVEN PAUL, an individual, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> WAX WORKS, INC., a Kentucky corporation, and Does 1 through 50, inclusive, <br><br> Third-Party Defendant. | Case No. 2:21-cv-04154-SSS-KSx <br><br> Assigned for all purposes to the Honorable Sunshine S. Sykes <br><br> **JUDGMENT** |

# **JUDGMENT**

On January 25, 2024, the Court granted Third-Party Defendant Wax Works, Inc.'s Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure, Rule 56 on Third-Party Plaintiffs SP Releasing, LLC, Echo Bridge Acquisition Corp., LLC and Steven Paul's First Cause of Action for Total or Partial Equitable Indemnity and Second Cause of Action for Contribution.  The Court denied as premature the summary judgment on the Third Cause of Action for Express Indemnity and Fourth Cause of Action for Breach of Written Contract.  Dkt. No. 100.

On June 17, 2024, a jury trial was commenced in this case on Plaintiff Harvest Aid, LLC's Complaint against Defendants Steven Paul, Echo Bridge Acquisitions Corp., LLC, and SP Releasing, LLC and on Third-Party Plaintiff SP Releasing's Third-Party Complaint against Third-Party Defendant Wax Works, Inc.

Following the June 27, 2024, jury verdict in this case, JUDGMENT is ENTERED in favor of Plaintiff Harvest Aid, LLC and against Defendants Steven Paul, Echo Bridge Acquisition Corp. LLC, and SP Releasing, LLC in the amount of **$186,844.76** plus costs of suit in an amount to be determined, which reflects the following:

1. Defendants Steven Paul, Echo Bridge Acquisition Corp. LLC, and SP Releasing, LLC are each jointly and severally liable to Harvest Aid, LLC for willful copyright infringement of Harvest Aid, LLC's copyright in the film *I Believe* in the amount of $150,000.00;

2. Steven Paul, Echo Bridge Acquisition Corp. LLC, and SP Releasing, LLC are each jointly and severally liable for circumventing the copyright protection systems in Harvest Aid, LLC's DVD of *I

*Believe* and shall each pay damages to Plaintiff in the amount of $2,500.

3. Steven Paul, Echo Bridge Acquisition Corp. LLC, and SP Releasing, LLC are each jointly and severally liable to Harvest Aid, LLC for $34,344.76 in pre-judgment interest on the $152,500 jury award based on a rate of 5.10 percent compounded annually from June 10, 2020, the date on which Plaintiff Harvest Aid, LLC discovered the infringement, through July 11, 2024.

JUDGMENT IS FURTHER ENTERED in favor of Third-Party Defendant Wax Works, Inc. and Against Third-Party Plaintiffs SP Releasing, LLC, Echo Bridge Acquisition Corp., LLC and Steven Paul with costs of suit to be awarded to Wax Works, Inc., in an amount to be determined.

<u>IT IS SO ORDERED AND ADJUDGED.</u>[1]

Date: September 10, 2024    By: _____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT COURT

---

[1] The Court is in receipt of Defendant's Objection to the Proposed Judgment. [Dkt. 253]. The Court hereby overrules the Objection.

2

**JUDGMENT**