A. Raymond Hamrick, III (SBN 93821)
aray@hamricklaw.com
Charles M. Coate (SBN140404)
ccoate@hamricklaw.com
Jonathan Dutton (SBN 272782)
jdutton@hamricklaw.com
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308
Attorneys for Defendants/Third-Party Plaintiffs,
Steven Paul, Echo Bridge Acquisition Corp., LLC, and
SP Releasing, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HARVEST AID, LLC, a California limited liability company,

Plaintiff,

v.

STEVEN PAUL, an individual, ECHO BRIDGE ACQUISITION CORP., LLC, a Delaware limited liability company, and SP RELEASING, LLC, a California limited liability company,

Defendants.

-----------------------------------------------

AND RELATED THIRD-PARTY ACTION.

Case No. 2:21-cv-04154-SSS-KSx

Hon. Sunshine S. Sykes

**THIRD-PARTY PLAINTIFFS STEVEN PAUL, ECHO BRIDGE ACQUISITION CORP., LLC AND SP RELEASING, LLC'S NOTICE OF SETTLEMENT WITH THIRD-PARTY DEFENDANT WAX WORKS, INC.**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 40-2, a settlement has been reached as between Third-Party Plaintiffs Steven Paul, Echo Bridge Releasing Corp., LLC and SP Releasing, LLC, on the one hand, and Third-Party Defendant Wax Works, Inc., on the other. Such releasing parties have agreed that all of their respective claims against each other in this litigation have been settled forever and mutually released.

Respectfully submitted,

DATED: December 27, 2024

HAMRICK & EVANS, LLP

By: ______________________

A. RAYMOND HAMRICK, III
Attorneys for Defendants/Third-Party Plaintiffs Echo Bridge Acquisition Corp., LLC, Steven Paul, and SP Releasing, LLC

HAMRICK & EVANS, LLP