S. Michael Kernan, State Bar No. 181747
mkernan@kernanlaw.net
R. Paul Katrinak, State Bar No.164057
pkatrinak@kernanlaw.net
THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
Telephone: (310) 490-9777
Facsimile: (310) 861-0503

Attorneys for Third Party Defendant Wax Works, Inc.

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEST AID, LLC, A California limited liability company,<br><br>Plaintiff,<br>v.<br><br>STEVEN PAUL, an individual, ECHO BRIDGE ACQUISITION CORP., LLC, a Delaware limited liability company, and SP RELEASING, LLC, a California limited liability company,<br><br>Defendants.<br>---------------------------------------------<br><br>SP RELEASING, LLC, a California limited liability company, ECHO BRIDGE ACQUISITION CORP., LLC, a Delaware limited liability company, STEVEN PAUL, an individual,<br><br>Third-Party Plaintiffs,<br>v.<br><br>WAX WORKS, INC., a Kentucky corporation, and Does 1 through 50, inclusive,<br>Third-Party Defendant. | Case No. 2:21-cv-04154-SSS-KS<br><br>Assigned for all purposes to the Honorable Sunshine S. Sykes<br><br>**NOTICE OF SETTLEMENT**<br><br>Date: January 17, 2025<br>Time: 2:00 p.m.<br>Place: Zoom video conference |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Third-Party Defendant Wax Works in this case has settled its claim for attorney's fees, and therefore withdraws its joinder in the Joint Motion for Reconsideration of the Denial of its Motion for Attorney's Fees.

DATED: January 1, 2025

THE KERNAN LAW FIRM

By: *__/s/ S. Michael Kernan__*
S. Michael Kernan
Attorneys for Third-Party Defendant
Wax Works, Inc.

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 9663 Santa Monica Boulevard, Suite 450, Beverly Hills, California 90210.

On January 1, 2025, I served the foregoing document(s) described as:

**NOTICE OF SETTLEMENT**

on the interested parties to this action addressed as follows:

X (BY ECF SERVICE) I caused such documents to be delivered via electronic ECF through the Court's system to counsel as follows;

A.Raymond Hamrick, III
aray@hamricklaw.com
CharlesM. Coate, Of Counsel
ccoate@hamricklaw.com
Jonathan Dutton
jdutton@hamricklaw.com
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505

Stephen M. Doniger, Esq.
stephen@donigerlawfirm.com
Kelsey M. Schultz, Esq.
kschultz@donigerlawfirm.com
DONIGER/BURROUGHS LAW FIRM
603 Rose Avenue
Venice, California 90291

X (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed January 1, 2025, at Los Angeles, California.

*/s/ R. Paul Katrinak*
R. Paul Katrinak

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777