# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEST AID, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN PAUL, an individual, ECHO BRIDGE ACQUISITION CORP. LLC, a Delaware limited liability company, and SP RELEASING, LLC a California limited liability company.<br><br>Defendants. | Case No.: 2:21-cv-4154-SSS-KSx<br>*Hon. Sunshine S. Sykes Presiding*<br><br>**AMENDED JUDGMENT** |

# AMENDED JUDGMENT

On June 17, 2024, a jury trial was commenced in this case on Plaintiff Harvest Aid, LLC's Complaint against Defendants Steven Paul, Echo Bridge Acquisitions Corp., LLC, and SP Releasing, LLC and on Third-Party Plaintiff SP Releasing's Third-Party Complaint against Third-Party Defendant Wax Works, Inc.

Subsequent to that trial, Third-Party Plaintiff SP Releasing and Third-Party Defendant Wax Works, Inc. resolved all claims related to the Third-Party Complaint (ECF 332) and Third-Party Defendant Wax Works, Inc. withdrew its then-pending request regarding its attorney's fees (ECF 334).

On September 10, 2024, following the June 27, 2024 jury verdict in this case, judgment was entered in favor of Plaintiff Harvest Aid, LLC and against Defendants Steven Paul, Echo Bridge Acquisition Corp., LLC, and SP Releasing, LLC in the amount of $186,844.76 plus costs of suit in an amount to be determined, reflecting the following:

1. Defendants Steven Paul, Echo Bridge Acquisition Corp. LLC, and SP Releasing, LLC are each jointly and severally liable to Harvest Aid, LLC for willful copyright infringement of Harvest Aid, LLC's copyright in the film *I Believe* in the amount of $150,000.00;

2. Steven Paul, Echo Bridge Acquisition Corp. LLC, and SP Releasing, LLC are each jointly and severally liable for circumventing the copyright protection systems in Harvest Aid, LLC's DVD of *I Believe* and shall each pay damages to Plaintiff in the amount of $2,500.

3. Steven Paul, Echo Bridge Acquisition Corp. LLC, and SP Releasing, LLC are each jointly and severally liable to Harvest Aid, LLC for $34,344.76 in pre-judgment interest on the $152,500 jury award based on a rate of 5.10 percent compounded annually from June 10, 2020, the date on which Plaintiff Harvest Aid, LLC discovered the infringement, through July 11, 2024.

On March 21, 2025, the Court awarded Harvest Aid, LLC costs in the amount of $26,638.80 pursuant to Fed. R. Civ. P. 54(d) and Civil L.R. 54, attorneys' fees in the amount of $518,409.54 pursuant to 17 U.S. Code §§ 505 and 1203, and post-judgment interest at a rate of 4.08 percent from September 10, 2024 in the amount of $2,386.52, each of which are taxable against Steven Paul, Echo Bridge Acquisition Corp. LLC, and SP Releasing jointly and severally.

JUDGMENT IS THEREFORE AMENDED AND ENTERED in favor of Harvest Aid, LLC and Against Defendants SP Releasing, LLC, Echo Bridge Acquisition Corp., LLC and Steven Paul in the amount of $734,279.62.

IT IS SO ORDERED AND ADJUDGED.

Date: March 24, 2025        By: _____
                            HONORABLE SUNSHINE S. SYKES
                            UNITED STATES DISTRICT COURT